# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re Janice Stephenson, )
                                        )
               Debtor. )      Case No. 08-30529-PP
                                        )      Chapter 13
                                        )

## Affidavit Of Service By Mail

State of Wisconsin   )
                             )
County of Milwaukee )

      The undersigned, being first duly sworn upon oath, deposes and says:

      1.     I am the legal assistant for the attorney of record for the Debtor Janice Stephenson and am authorized to make this affidavit on her behalf.

      2.     I am a citizen of the United States over the age of eighteen years, and am otherwise competent to testify to the facts stated herein.

      3.     A copy of the Notice of Motion to Continue Automatic Stay together with a copy of the Motion to Continue Automatic Stay was dispatched by first-class mail, postage pre-paid (or electronically if the party accepts service in that manner) to the parties listed on the attached Exhibit "A" on October 3, 2008.

                                                             /s/     Corrin Reyes

| Michael J. Watton |
| Attorney at Law |
| 225 E. Michigan Street |
| Suite 550 |
| Milwaukee, WI 53202 |
| 414-273-6858 |

Subscribed and sworn to before me on this 3rd day of October, 2008.

Notary Seal

                                                    /s/     Jessica Drewicz
                                                    Notary Public: State of Wisconsin
                                                    My commission expires 03/04/12.

Exhibit A

Ms. Janice Stephenson
P.O. Box 242424
Milwaukee, WI 53224

Ms. Janice Stephenson
7903 North 55th Street
Milwaukee, WI 53223

Ace Cash Express
1231 Greenway Drive, Suite 600
Irving, TX 75038

Ace Cash Express
1935 W Silver Sprig Dr.
Milwaukee, WI 53209

Affiliated Credit Services
P.O. Box 1329
Rochester, MN 55903

Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231

Atty. Tarena W. Franklin
Figueroa Jackson & Franklin LLC
2200 N Mayfair Rd # 205
Milwaukee, WI 53226

Aurora Medical Group
P.O. Box 341457
Milwaukee, WI 53234-1457

Aurora Sinai Medical Center
PO Box 341100
Milwaukee, WI 53234

Bank of New York
Bankruptcy Department
P.O. Box 15919
Wilmington, DE 19850-5919

Best Disposal, Inc.
2841 S. 5th Ct.
Milwaukee, WI 53207

BYL Services, LLC
301 Lechey Street
West Chester, PA 19382

Children's Hospital of Wisconsin
Drawer 531
Milwaukee, WI 53278

City of Milwaukee Waterworks
841 N. Broadway, Room 406
Milwaukee, WI 53202-3687

Countrywide Home Loan
7105 Corporate Drive
Mail Stop PTX-B-32
Plano, TX 75024

Countrywide Home Loans, Inc.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225

Deutsche Bank National Trust
10790 Rancho Bernardo Drive
San Diego, CA 92127

Eye Care Specialists, S.C.
735 W. Wisconsin Avenue, Room 400
Milwaukee, WI 53233

Family Health Plan
300 N. Executive Dr.
Brookfield, WI 53008

Farmers Insurance Group
300 N. Corporate Drive
Brookfield, WI 53045

First Consumer Credit
PO Box 659454
San Antonio, TX 78265

First Franklin Loan Services
P.O. Box 1838
Pittsburgh, PA 15230

Gray & Associates, LLP
600 N. Broadway Ave.
Suite 300
Milwaukee, WI 53202-5099

Guaranty Bank
4000 West Brown Deer Road
Milwaukee, WI 53209

Heart Care Associates, LLC
960 North 12th Street, Suite 4152
Milwaukee, WI 53223

Internal Revenue Service
Insolvency Unit
211 W. Wisconsin Ave 2nd Floor
Milwaukee, WI 53203

Jerome & DC Schmidt
10233 West North Ave.
Milwaukee, WI 53226

Litton Loan Servicing, LP
4828 Loop Central Drive
Suite 600
Houston, TX 77081-2226

Mark Peterson
IRS (Milwaukee)
211 W. Wisconsin, Suite 807
Milwaukee, WI 53203-9921

Mary B. Grossman
740 North Plankinton Avenue
Suite 400
Milwaukee, WI 53203

MCI
Attn: Bankruptcy Administration
PO Box 3243
Bloomington, IL 61702-3243

Milwaukee County Mental Health
Box 78421
Milwaukee, WI 53278-0421

Milwaukee Health Services
2555 N. Martin Luther King Dr.
Milwaukee, WI 53212

National Cash Advance
7941 N. 76th Street
Milwaukee, WI 53223

NCO Financial Group
507 Prudential Road
Horsham, PA 19044-2308

North Star Capital Acquisition
170 Northpointe Parkway Suite 300
Buffalo, NY 14228

Office Max
263 Shuman Blvd
Naperville, IL 60563

Paragon Way, Inc.
2101 W. Ben White Blvd, Suite 103
Austin, TX 78704

Progressive Insurance Company
Corporate Headquarters
The Progressive Corporation
6300 Wilson Mills Road
Cleveland, OH 44143

Public Storage
7415 W. Dean Road
Pittsburgh, PA 15230

Rent A Center
6115 N. Teutonia Ave.
Milwaukee, WI 53209

Rooter Sewer Cleaner
11030 West Lincoln Ave.
Milwaukee, WI 53227

Roundy's
875 E. Wisconsin Ave.
Milwaukee, WI 53202

SBC
Attn: Bankruptcy Department
P.O. Box 769
Arlington, TX 76004-0769

Sears/CBSD
8725 West Sahara Drive
The Lakes, NV 89163

Silver Spring Clinic
8200 W Silver Spring Dr
Milwaukee, WI 53218

Sprint
P.O. Box 8077
London, KY 40742

St. Joseph's Emergency Physicians, LLP
75 Remitt Drive #1574
Chicago, IL 60675-1574

Sysco Food Services
1 Sysco Drice
Jackson, WI 53037-9226

T-Mobile
T-Mobile Bankruptcy Team
P.O. Box 53410
Bellevue, WA 98015-5341

Telecheck
PO Box 17450
Denver, CO 80217-0450

U.S. Trustee  
517 East Wisconsin Ave.  
Suite 430  
Milwaukee, WI 53202  

United Compucred  
P.O. Box 111100  
Cincinnati, OH 45211  

US Bank  
P.O. Box 5227  
Cincinnati, OH 45201  

US Cellular- Headquarters  
4700 S Garnett Ste 100  
Tulsa, OK 74146  

Verizon Wireless  
Recovery Department  
1515 Woodfield Road  
Suite 1400  
Schaumburg, IL 60173  

Walmart  
P.O. Box 981064  
El Paso, TX 79998  

Waste Management Southeast WI  
10627 South 27th Street  
Franklin, WI 53132-9534  

We Energies  
Attn: Bankruptcy Dept. - A130  
P.O. Box 2046  
Milwaukee, WI 53201-2046  

Wells Fargo  
N81 W15104 Appleton Ave. J  
Menomonee Falls, WI 53051  

Wisconsin Department of Revenue  
Special Procedures Unit  
P.O. Box 8901  
Madison, WI 53708-8901

A copy of the foregoing filed electronically
on October 3, 2008 with:

Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI   53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service
on October 3, 2008 to:

Mary B. Grossman
740 North Plankinton Avenue
Suite 400
Milwaukee WI 53203

Office of the U.S. Trustee
517 E. Wisconsin Avenue, #430
Milwaukee, WI   53202
USTPregion11.mi.ecf@usdoj.gov


/s/Corrin Reyes, Legal Assistant
(Mailed and filed by)

Stephenson
Case No. 08-30529-PP